IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JAMES D. CANNADAY, JR., et ux.** | * | Case No. 91305533 (MD) (1) |
| | * | Case No. 93-3196 |
| **Plaintiffs** | * | |
| v. | * | |
| **ACamdS, Inc., et al.** | * | |
| **Defendants** | * | |

FILED OCT 23 2002

## O R D E R

1. On Motion of Charlotte C. Cannaday for substitution in place of James D. Cannaday, Jr., deceased, it appearing to the Court that the said James D. Cannaday, Jr. died testate on May 3, 2002; that the claim asserted by him in this action was not thereby extinguished; and that Charlotte C. Cannaday has been duly appointed Personal Representative of the Estate of James D. Cannaday, Jr., and is qualified and is acting as such.

2. On Motion of Charlotte C. Cannaday, plaintiff and surviving spouse of James D. Cannaday, Jr., deceased, for the addition of her loss of consortium and wrongful death claims, it appearing to the Court that the said James D. Cannaday. Jr. died on May 4, 2002; that the Plaintiff, Charlotte C. Cannaday, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED**, that Charlotte C. Cannaday, Personal Representative of the Estate of James D. Cannaday, be substituted as Plaintiff herein in the place of James D. Cannaday, Jr., deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Charlotte C. Cannaday, Plaintiff and surviving spouse of James D. Cannaday, Jr., be permitted to add her loss of consortium and wrongful death claims to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE

Charles R. Weiner

DATE: 10/15/02